# United States District Court
## Violation Notice

**CVB Location Code:** OS60

**Violation Number:** F08T0007
**Officer Name:** Mercer
**Officer No.:** 2522

F08T0007

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 05/27/2023 18:53
**Offense Charged:** FED 36 CFR 261.11B

**Place of Offense:** LANE FARMS CAMPGROUND

**Offense Description: Factual Basis for Charge**
LEAVING CAMPSITE WITH TRASH SPREAD AROUND.

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** MICHAUD
**First Name:** ERIC
**M.I.:** M

**Street Address:**

**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐   Juvenile ☐   Sex ☐ M  ☐ F   Race:   Hair:   Eyes:   Height:   Weight:

### VEHICLE

**VIN:**
**CMV:** ☐

**Tag No.:**
**State:**
**Year:**
**Make/Model:** /
**PASS:** ☐
**Color:**

A ☐   IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒   IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Amount | Description |
|---|---|---|
| | $ 50.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 80.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

F08T0007

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  05/27/2023  while exercising my duties as a law enforcement officer in the  Southern  District of  OH

Pursuant to 16USC 551:

On May 27 , 2023, while exercising my duties as Law Enforcement Officer, I (U.S. Forest Service Law Enforcement Officer Lamar Mercer #2522) was on uniformed patrol in a marked police vehicle, within the boundaries of the Wayne National Forest, Athens Ranger District, Marietta unit , Washington County, in the Southern District of Ohio.

At approximately 1400 hours, I responded to the Forest Service Lane Farm campground located on State Route 26, for a report of an unsanitary campground. I observed site 4 had a tent erected but was unoccupied. The site had a large amount of plastic water bottles, household items, and other trash spread about. The sites conditions appeared unchanged from photographs I had received taken earlier in the week.
At approximately 1853 hours, I returned and found the campsite occupied by Eric M. MICHAUD, who identified himself by his Ohio driver's license (TJ524342). MICHAUD admitted to leaving his campsite in the unsanitary condition and stated he would clean it up. MICHAUD was issued a violation notice for 36 CFR 261.11B leaving refuse, debris, litter, in an unsanitary condition.

The foregoing statement is based upon:

☒ MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  05/27/2023  *Lamar Mercer*
Date (mm/dd/yyyy)  Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident